# United States District Court
## Southern District of Georgia

Tameka Mutcherson

_____
Plaintiff

Case No. 4:22-cv-00225-RSB-CLR

v.   Atlantic Housing Foundation, Inc.

_____
Defendant

Appearing on behalf of
Defendant
_____
(Plaintiff/Defendant)

## ORDER OF ADMISSION

It appearing to the Court that the requirements stated in LR 83.4 for admission *pro hac vice* have been satisfied, **Petitioner's** request to appear *pro hac vice* in the United States District Court for the Southern District of Georgia in the subject case is **GRANTED**.

This  31st  day of  January , 2023 .

_____
UNITED STATES MAGISTRATE JUDGE

*****

NAME OF PETITIONER: Pierce T. (Perry) MacLennan

Business Address: Haynsworth Sinkler Boyd
Firm/Business Name

135 S. Dargan Street Suite 300
Street Address

Florence    SC    29506

Street Address (con't)   City   State   Zip

Mailing Address (if other than street address)

Address Line 2   City   State   Zip

(843) 669-6002
Telephone Number (w/ area code)   Georgia Bar Number

Email Address: pmaclennan@hsblawfirm.com