IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| TAMEKA MUTCHERSON,<br><br>Plaintiff,<br><br>v.<br><br>ATLANTIC HOUSING FOUNDATION, INC; and ATLANTIC HOUSING MANAGEMENT, LLC,<br><br>Defendants. | CIVIL ACTION NO.: 4:22-cv-225 |

**O R D E R**

Before the Court is a "Joint Stipulation of Dismissal," signed and filed by counsel for Plaintiff and counsel for Defendants, in which the parties advise that they stipulate to the dismissal with prejudice of this action, "pursuant to the terms reached at mediation on May 8, 2023," with each party to bears its own costs. (Doc. 29.) Accordingly, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), this action has been **DISMISSED WITH PREJUDICE**. The Clerk of Court is hereby authorized and directed to **CLOSE** this case.

**SO ORDERED**, this 30th day of May, 2023.

R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA